# McAndrew, Conboy & Prisco, LLP
### Attorneys At Law
1860 Walt Whitman Road, Suite 800
Melville, New York 11747
www.mcp-esqs.com

**MEMO ENDORSED**

WRITER:
PETER PRISCO, ESQ.
PARTNER
EXT. 2390
prisco@mcp-esqs.com

(516) 921-8600 TELEPHONE
(516) 921-5728 FACSIMILE

November 28, 2023

VIA E-FILING

United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Attn: Honorable Justice Jessica G.L. Clarke

Re: Steward Partners Global Advisory, LLC, et al. v. Travis Tucker
    Case Number: 1:23-cv-06532-JGLC
    Our File Number: 083-101-PGP

Honorable Justice Clarke:

I am writing this letter to the Court on behalf of the parties in the above-referenced matter seeking permission for an adjournment of the Pre-Trial Conference which has been scheduled for December 5, 2023, at 10:00 a.m. The parties have conferred and are in agreement to request an adjournment of the Pre-Trial Conference based upon the fact that defendant's motion to dismiss is still pending with the Court. Please note that this is the first request for an adjournment. Both parties are available on the following dates to conference this matter with the Court: **February 5, 2024** or **February 8, 2024**. In the event the motion is still pending at that time, we will request a further adjournment until a decision is rendered by the Court.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

PETER G. PRISCO

PGP:jr

---

**Application GRANTED.** The pretrial conference scheduled for December 5, 2023 is adjourned to **February 8, 2024 at 12:00 p.m.** The Clerk of Court is respectfully directed to terminate the motion at ECF No. 23.

Dated: November 28, 2023
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

November 28, 2023
Page 2

cc:   LAX NEVILLE LLP
      Empire State Building
      350 Fifth Avenue, Suite 4640
      New York, New York  10118
      Attn:  Barry Lax, Esq.
             blax@laxneville.com
      Robert Miller, Esq.
             rmiller@laxneville.com
      Lori Baitarian, Esq.
             lbaitarian@laxneville.com