**MEMO ENDORSED**

**MCANDREW, CONBOY & PRISCO, LLP**
ATTORNEYS AT LAW
1860 WALT WHITMAN ROAD, SUITE 800
MELVILLE, NEW YORK 11747
www.mcp-esqs.com

| | |
|---|---|
| **WRITER:** | |
| **PETER PRISCO, ESQ.** | (516) 921-8600 TELEPHONE |
| **PARTNER** | (516) 921-5728 FACSIMILE |
| **EXT. 2390** | |
| prisco@mcp-esqs.com | |

February 1, 2024

VIA E-FILING

United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York  10007

Attn:  Honorable Justice Jessica G.L. Clarke

Re:   Steward Partners Global Advisory, LLC, et al. v. Travis Tucker
       Case Number:            1:23-cv-06532-JGLC
       Our File Number:        083-101-PGP

Honorable Justice Clarke:

I am writing this letter to the Court on behalf of the parties in the above-referenced matter seeking permission for an adjournment of the Pre-Trial Conference which has been scheduled for February 8, 2024, at 10:00 a.m.  The parties have conferred and are in agreement to request an adjournment of the Pre-Trial Conference based upon the fact that defendant's motion to dismiss is still pending with the Court.  Please note that this is the second request for an adjournment.  Both parties are available on the following dates to conference this matter with the Court:  **April 23, 2024** or **April 25, 2024.**  In the event the motion is still pending at that time, we will request a further adjournment until a decision is rendered by the Court.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,
*Peter G. Prisco*
PETER G. PRISCO

PGP:jr

---

Application GRANTED. The initial pretrial conference scheduled for February 8, 2024 is hereby adjourned *sine die*. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 25.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: February 2, 2024
New York, New York

February 1, 2024
Page 2

cc: LAX NEVILLE LLP
Empire State Building
350 Fifth Avenue, Suite 4640
New York, New York  10118
Attn:   Barry Lax, Esq.
blax@laxneville.com
Robert Miller, Esq.
rmiller@laxneville.com
Lori Baitarian, Esq.
lbaitarian@laxneville.com