

**MEMO ENDORSED**

October 15, 2024

**VIA ECF**

Honorable Judge Jessica Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The Initial Pre-Trial Conference is adjourned sine die pending decision on Defendant's Motion to Dismiss the Amended Complaint. The Clerk of Courts is hereby directed to terminate ECF No. 31.
>
> SO ORDERED.
>
> JESSICA G. L. CLARKE
> United States District Judge
>
> Dated:  October 16, 2024.
>     New York, New York

Re:    **Steward Partners Global Advisory, LLC, et al. v. Travis Tucker**
       **Case No. 1:23-cv-06532-JGLC**

Dear Judge Clarke:

    This firm represents Defendant Travis Tucker in the above-referenced matter. The parties jointly submit this letter requesting adjournment of the Initial Pre-Trial Conference currently set for 11 AM on October 22, 2024.

    The parties have previously requested and the Court has granted two adjournments during the pendency of Defendant's motion to dismiss Plaintiffs' original complaint.  Pursuant to the Court's September 16, 2024 Order Granting in Part and Denying in Part Defendant's Motion to Dismiss, Plaintiffs filed their Amended Complaint on September 27.  Defendant moved to dismiss on October 11.  The parties have conferred and agreed to request this adjournment pending Defendant's Motion to Dismiss the Amended Complaint.

    The Court adjourned the last Initial Pre-Trial Conference *sine die* pending its decision on the motion to dismiss the original complaint.  The parties obviously have no objection to the same adjournment *sine die* pending this motion to dismiss. Pursuant to the Court's chamber rules, however, the parties propose the following dates to reschedule the Initial Pre-Trial Conference: January 23 and January 24, 2025.  In the event the Motion to Dismiss is still pending at that time, the parties will jointly request a further adjournment until a decision is rendered by the Court.

                                    Respectfully submitted,

                                    **/s/ Barry R. Lax**
                                    Barry R. Lax, Esq.

EMPIRE STATE BUILDING
350 FIFTH AVENUE, SUITE 4640
NEW YORK, NY 10118

CONNECTICUT OFFICE
2425 POST ROAD, SUITE 200
SOUTHPORT, CT 06890

T: 212.696.1999  F: 212.566.4531

LaxNeville.com