# McAndrew, Conboy & Prisco, LLP
### Attorneys At Law
**1860 Walt Whitman Road, Suite 800**
**Melville, New York 11747**
www.mcp-esqs.com

**Writer:**
**Peter Prisco, Esq.**
**Partner**
**Ext. 2390**
prisco@mcp-esqs.com

(516) 921-8600 Telephone
(516) 921-5728 Facsimile

July 1, 2025

VIA E-FILING

**MEMO ENDORSED**

United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Attn: Honorable Justice Jessica G.L. Clarke

Re: Steward Partners Global Advisory, LLC, et al. v. Travis Tucker
    Case Number:        1:23-cv-06532-JGLC
    Our File Number:    083-101-PGP

Honorable Justice Clarke:

I am writing this letter to the Court on behalf of the parties in the above-referenced matter seeking permission for an adjournment of the oral argument which is scheduled for July 9, 2025, at 12:00 p.m. I have conferred with defense counsel and they are in agreement to my adjournment request. Please be advised that the attorney that is handling oral argument is on vacation and cannot attend the July 9, 2025 date. Both parties are available on the following dates for oral argument: July 30 and/or July 31, 2024. Thank you for your courtesy and cooperation in this matter.

Very truly yours,

*Peter G. Prisco*

PGP:jr                                                                PETER G. PRISCO

July 1, 2025
Page 2

cc: LAX NEVILLE LLP
Empire State Building
350 Fifth Avenue, Suite 4640
New York, New York 10118
Attn: Barry Lax, Esq.
blax@laxneville.com
Robert Miller, Esq.
rmiller@laxneville.com
Lori Baitarian, Esq.
lbaitarian@laxneville.com

Application GRANTED. IT IS HEREBY ORDERED that the oral argument in this matter, previously scheduled for July 9, 2025 at 12:00 p.m., is RESCHEDULED for July 30, 2025 at 11:00 a.m. in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. The Court will reschedule the deadline for the initial pretrial conference, and for parties to submit the Civil Case Management Plan and Scheduling Order at the oral argument on July 30, 2025.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: July 2, 2025
New York, New York